UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN TRILLO, | No. 2: 15-cv-566 GEB KJN P |
| Petitioner, | |
| v. | ORDER |
| ERIC ARNOLD, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed a motion to proceed in forma pauperis on appeal. (ECF No. 27.) Good cause appearing, petitioner's motion to proceed in forma pauperis on appeal is granted. Fed. R. App. P. 24.

Petitioner also filed a motion requesting that his friend be allowed to receive his mail while he is in the hospital. Because this action is on appeal to the Ninth Circuit Court of Appeals, this request should be addressed to the Ninth Circuit.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis on appeal (ECF No. 27) is granted;

////

////

1

2. Petitioner's request that the court serve his mail on his friend (ECF No. 29) is disregarded.

Dated:  March 24, 2016

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Tr566.ifp

2